UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**KATRINA BRIDGES ON BEHALF OF HER**  **CIVIL ACTION**
**MINOR CHILD, K.B.**

**VERSUS**  **NO. 15-4640-LMA-SS**

**CITY OF NEW ORLEANS, et al**

### REPORT AND RECOMMENDATION

The plaintiff, Katrina Bridges on behalf of her minor child, K.B. ("Bridges"), filed a complaint against the City of New Orleans, City of New Orleans Mayor Mitchell "Mitch" J. Landrieu, the New Orleans Police Department, New Orleans Police Department Superintendent Michael S. Harrison and Terrance Saulny, for violation of the constitutional rights of her child. Rec. doc. 1. Mayor Landrieu, Superintendent Harrison and the City of New Orleans filed an answer to the complaint. Rec. doc. 6. Saulny was served, but he has not appeared. Rec. doc. 8.

The New Orleans Police Department filed a motion to dismiss the claims against it for failure to state a claim upon which relief may be granted. Rec. doc. 7. Bridges filed a motion to dismiss her claim against the New Orleans Police Department without prejudice. Rec. doc. 9. Both of these motions were referred to the undersigned.

### RECOMMENDATION

Accordingly, IT IS RECOMMENDED that: (1) the motion of Bridges to dismiss the New Orleans Police Department without prejudice (Rec. doc. 9) be GRANTED; and (2) the motion of the New Orleans Police Department to dismiss for failure to state a claim upon which be granted (Rec. doc. 7) be DISMISSED as MOOT.

## **OBJECTIONS**

A party's failure to file written objections to the proposed findings, conclusions and recommendations in a magistrate judge's report and recommendation within fourteen (14) calendar days after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court, provided that the party has been served with notice that such consequences will result from a failure to object. Douglass v. United Servs. Auto. Ass'n, 79 F.3d 1415, 1430 (5th Cir. 1996) (*en banc*).

New Orleans, Louisiana, this 17th day of December, 2015.

_____
**SALLY SHUSHAN**
**U.S. Magistrate Judge**