UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KATRINA BRIDGES ON BEHALF OF HER MINOR CHILD, K.B.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 15-4640** |
| **CITY OF NEW ORLEANS, et al** | **SECTION I (1)** |

## ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date the parties have filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that the motion[1] of the plaintiff, Katrina Bridges on behalf of her minor child, K.B., to dismiss New Orleans Police Department without prejudice is **GRANTED**.

**IT IS FURTHER ORDERED** that the motion[2] of the New Orleans Police Department to dismiss for failure to state a claim upon which relief may be granted is **DISMISSED AS MOOT**.

New Orleans, Louisiana, this 4th day of January, 2016.

LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[1] Rec. Doc. No. 9

[2] Rec. Doc. No. 7